IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § <br> §    CRIMINAL No. 4:25-cr-00271 <br> § <br> § |
| DAVID SIDWELL JENSON | |

## WAIVER OF APPEARANCE AT ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that he has been charged via Superseding Indictment [Doc. No. 34] and has received a copy thereof, HEREBY pleads not guilty to the charged contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for June 26, 2025. Further, the Defendant expressly waives his rights and the time limits under the Speedy Trial Act.


*/s/ David Sidwell Jenson*            */s/ Paul H. Doyle*
David Sidwell Jenson                   Paul H. Doyle
Defendant                                Federal ID# 591653
                                          440 Louisiana St., Suite 2300
                                          Houston, Texas 77002
                                          Tel: (713) 228.9200
                                          paul@pauldoylelaw.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I have spoken with AUSA Gray and the Government in UNOPPOSED to this Motion.

                                                               */s/ Paul H. Doyle*
                                                               PAUL H. DOYLE

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June 2025, a true and correct copy of the foregoing Motion was delivered to the Government via ECF.

*/s/ Paul H. Doyle*
PAUL H. DOYLE
