United States District Court
Southern District of Texas
**ENTERED**
June 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | CRIMINAL ACTION NO. |
| | § | 4:25−cr−00271 |
| | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| David Sidwell Jenson, Nestor | § | |
| Rafael Romero Magallanes, | § | |
| Defendant(s). | § | |

## SCHEDULING AND DOCKET CONTROL ORDER

The Court ORDERS the following deadlines for further proceedings as follows:

1. <u>November 4, 2026</u> — **MOTIONS DEADLINE**
   Except for motions to suppress evidence or to dismiss, include certification that the movant and the respondent conferred in good faith and could not agree on proper disposition.

2. <u>December 7, 2026</u> — **PRETRIAL MATERIALS**

3. <u>December 11, 2026</u> at 09:30 AM — **PRETRIAL CONFERENCE**
   The parties must appear before Judge Charles Eskridge, Courtroom 9F. *Defendant must be present in person. Parties are required to disclose expert witness information 45-days prior to pretrial conference.*

4. December 15, 2026 at 09:30 AM — **JURY SELECTION AND TRIAL**
Not later than five business days before this date each party must file and deliver pretrial materials to the Court as directed in the Court's procedures.

5. yes — **CONSENT TO EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT?**
Indicate *Yes* or *No*.

6. 4−5 days — **ESTIMATED TIME FOR TRIAL?**
Indicate the anticipated number of days.

Direct questions about this schedule to:

Jennelle Gonzalez
Case Manager to Hon. Charles Eskridge
Jennelle_Gonzalez@txs.uscourts.gov
(713) 250-5257

Signed on June 4, 2026, at Houston, Texas.

CREskridge

Hon. Charles Eskridge
United States District Judge